FILED
November 06, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:     DT
            Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: EP:24-CR-02484-LS |
| Plaintiff, | **I N D I C T M E N T** |
| v. | **CT 1:** 18 U.S.C. § 111(a)(1), (b) – Assault on a federal officer or employee. |
| JUAN MACIEL, | |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT ONE

On or about January 29, 2024, in the Western District of Texas, Defendant,

**JUAN MACIEL,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: V.B., a Department of Veterans Affairs employee who was engaged in official duties, and caused physical contact and inflicted bodily injury, in violation of Title 18, United States Code, Sections 111(a)(1), (b).

A TRUE BILL.



FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney